[No. 12741-9-III.    Division Three.    December 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 92-1-00082-6, Carol A. Wardell, J., entered October 12, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Grosse, J.

[No. 13046-1-III.    Division Three.    December 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GEORGE GALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-01755-8, Robert D. Austin, J., entered February 12, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13297-8-III.    Division Three.    December 13, 1994.]

*In the Matter of the Marriage of* CINTHIA MAJESKI, *Appellant*, and GREG L. MAJESKI, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-00334-0, Robert D. Austin, J., entered May 6, 1993. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.